# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                               CASE NUMBER:  3:23CR150

QUOVARTIS SPENCER

       THIS MATTER is before the Court sua sponte.

       **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of Defendant, Quovartis Spencer (USM# 34352-058), for a motion hearing before the Honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than February 16, 2024, and upon completion of the motion hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

       The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

       IT IS SO ORDERED.

Signed: January 30, 2024

Max O. Cogburn Jr
United States District Judge