UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-150-MOC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Vs. | ) | ORDER |
|  | ) |  |
| QUOVARTIS SPENCER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** came for trial and was heard by the undersigned judge without a jury on January 8, 2025. The Defendant waived his right to a jury trial, and the Government has consented. (Doc. No. 40). The Court approves this waiver pursuant to Rule 23(a)(3) of the Federal Rules of Criminal Procedure.

After considering the facts stipulated by the parties, and the evidence presented at the bench trial, the Court finds beyond a reasonable doubt as follows:

1. The Defendant is GUILTY of the charge set forth in Count One of the Bill of Indictment.

IT IS, THEREFORE, ORDERED that the Defendant is hereby remanded to the custody of the United States Marshals Service pending a sentencing hearing.

The Clerk of Court shall provide copies of this Verdict to counsel for the Government, counsel for the Defendant, and the United States Marshals Service.

IT IS SO ORDERED.

Signed: January 9, 2025

Max O. Cogburn Jr.
United States District Judge